UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 13 CR 774-1 |
| vs. | ) | |
| | ) | Hon. John T. Tharp Jr. |
| GREGORY CHESTER | ) | |

## DEFENDANT NOTICE OF APPEAL

    Notice is hereby given that Gregory Chester, defendant-appellant in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from a criminal judgment and commitment issued on September 6, 2017.

    Respectfully submitted,

    Gregory Chester
    By: s/Beau B. Brindley

LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Boulevard
Suite 1410
Chicago, Illinois 60604
(312) 765-8878