# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

December 8, 2017

**By the Court:**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>Nos. 17-1650, 17-2854, 17-2858, 17-2877,<br>    17-2899, 17-2917, 17-2918, 17-2931    v.<br>    and 17-3449<br><br>BYRON BROWN, also known as B-Rupt,<br>WILLIAM FORD, GABRIEL BUSH, PARIS POE,<br>DERRICK VAUGHN, STANLEY VAUGHN,<br>ARNOLD COUNCIL, GREGORY CHESTER and<br>RODNEY JONES,<br>    Defendants-Appellants. | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>]<br>]<br>] No. 1:13-cr-00774<br>]<br>] John J. Tharp, Jr., Judge.<br>]      Judge.<br>]<br>]<br>]<br>] |
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>No. 17-3063          v.<br><br>GREGORY CHESTER,<br>    Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:13-cr-00288<br>]<br>] John J. Tharp, Jr.,<br>]      Judge. |

O R D E R

   The briefing schedule in Appeal Nos. 17-2854, 17-2858, 17-2877, 17-2899, 17-2917, 17-2918, 17-2931, 17-3063 and 17-3449 remains SUSPENDED pending a ruling on counsel's motion to withdraw in 17-2858 and 17-3449.