# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

January 12, 2018

*By the Court*:

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>Nos. 17-1650, 17-2854, 17-2858,<br>    17-2877, 17-2899, 17-2917,<br>    17-2918, 17-2931 and 17-3449 v.<br><br>BYRON BROWN, also known as B-Rupt,<br>WILLIAM FORD, GABRIEL BUSH, PARIS<br>POE, DERRICK VAUGHN, STANLEY VAUGHN,<br>ARNOLD COUNCIL, GREGORY CHESTER and<br>RODNEY JONES,<br>    Defendants-Appellants. | Appeals from the United<br>States District Court for<br>the Northern District of<br>Illinois, Eastern Division.<br><br>No. 1:13-cr-00774<br><br>John J. Tharp, Jr.,<br>    Judge. |
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>No. 17-3063    v.<br><br>GREGORY CHESTER,<br>    Defendant-Appellant. | Appeal from the United<br>States District Court for<br>the Northern District of<br>Illinois, Eastern Division.<br><br>No. 1:13-cr-00288<br><br>John J. Tharp, Jr.,<br>    Judge. |

This matter comes before the court for its consideration of attorney William O. Walters' **MOTION TO WITHDRAW**, filed on December 6, 2017 in 17-3449. Upon consideration thereof,

**IT IS ORDERED** that the Motion to Withdraw is **GRANTED**.

**IT IS FURTHER ORDERED** that Thomas W. Patton, Chief Federal Defender, 401 Main Street, Peoria, IL, 61602, is appointed to represent defendant-appellant Rodney Jones in 17-3449. Counsel is directed to contact the defendant-appellant immediately.

Briefing in these consolidated appeals remains **SUSPENDED** pending a ruling on counsel's motion to withdraw in 17-2858.