# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 14, 2018

*By the Court*:

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>Nos. 17-1650, 17-2854, 17-2858,<br>    17-2877, 17-2899, 17-2917,<br>    17-2918, 17-2931 & 17-3449 v.<br><br>BYRON BROWN, also known as B-Rupt,<br>WILLIAM FORD, GABRIEL BUSH,<br>PARIS POE, DERRICK VAUGHN,<br>STANLEY VAUGHN, ARNOLD COUNCIL,<br>GREGORY CHESTER and RODNEY JONES,<br>    Defendants-Appellants. | Appeals from the United<br>States District Court for<br>the Northern District of<br>Illinois, Eastern Division.<br><br>No. 1:13-cr-00774<br><br>John J. Tharp, Jr.,<br>  Judge. |
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>No. 17-3063 v.<br><br>GREGORY CHESTER,<br>    Defendant-Appellant. | Appeal from the United<br>States District Court for<br>the Northern District of<br>Illinois, Eastern Division.<br><br>No. 1:13-cr-00288<br><br>John J. Tharp, Jr.,<br>    Judge. |

    This matter comes before the court for its consideration of attorneys John T. Theis and Robert Gevirtz's **MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST FOR APPOINTMENT OF COUNSEL**, filed on March 12, 2018 in appeal no. 17-2899. Upon consideration thereof,

    **IT IS ORDERED** that the Motion to Withdraw is **GRANTED.**

    **IT IS FURTHER ORDERED** that attorney Paul D. Geiger, 540 W. Frontage Road, Northfield, IL 60093, is appointed to represent defendant-appellant Derrick Vaughn in appeal no. 17-2899 pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the defendant-appellant immediately.

    The briefing schedule in appeal nos. 17-2854, 17-2858, 17-2877, 17-2899, 17-2917, 17-2918, 17-2931, 17-3063, and 17-3449 shall proceed as follows:

Nos. 17-1650, et al., Page 2

1. Defendants-appellants shall file their briefs and required short appendices on or before July 20, 2018.

2. Plaintiff-appellee shall file its consolidated brief on or before August 20, 2018.

3. Defendants-appellants shall file their reply briefs, if any, on or before September 4, 2018.

Counsel for appellants are encouraged to avoid unnecessary duplication by filing a joint brief or a joint appendix or by adopting parts of a co-appellant's brief. Duplicative briefing will be stricken. See *United States v. Martin*, Nos. 99-2621, et al., slip op. at 13-14 (7th Cir. Nov. 1, 1999); *United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).

Appellants, however, may not adopt the "Jurisdictional Statement" of another. Each appellant's brief must include a complete "Jurisdictional Statement". Appellee's brief must comply with Circuit Rule 28(b).

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).