UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>GREGORY CHESTER, ARNOLD )<br>COUNCIL, STANLEY VAUGHN, )<br>GABRIEL BUSH, PARIS POE, )<br>WILLIAM FORD, and )<br>DERRICK VAUGHN, )<br>    Defendants. ) | No. 13 CR 774<br><br>Honorable John J. Tharp, Jr. |

**UNITED STATES' EXHIBITS**

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby furnishes the District Court Clerk with the following exhibits to be included in the record on appeal:

1) G. Exh. 4426_C-T
2) G. Exh. 4635
3) G. Exh. 4701
4) G. Exh. 4702
5) G. Exh. 4704
6) G. Exh. 4830T
7) G. Exh. 4831T
8) G. Exh. 4832T
9) G. Exh. 4833T
10) G. Exh. 4860B
11) G. Exh. 4860C
12) G. Exh. 4860D
13) G. Exh. 4860G
14) G. Exh. 4860L
15) G. Exh. 4860M
16) G. Exh. 4862_B
17) G. Exh. 4862_C
18) G. Exh. 4862_D
19) G. Exh. 4862_E
20) G. Exh. Binder #3

Respectfully submitted.

JOHN R. LAUSCH, JR.
United States Attorney

By: s/ Andrianna D. Kastanek
ANDRIANNA D. KASTANEK
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-0974