UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>GREGORY CHESTER, ARNOLD<br>COUNCIL, STANLEY VAUGHN,<br>GABRIEL BUSH, PARIS POE,<br>WILLIAM FORD, and<br>DERRICK VAUGHN,<br>    Defendants. | No. 13 CR 774<br><br>Honorable John J. Tharp, Jr. |

**UNITED STATES' EXHIBITS**

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby furnishes the District Court Clerk with the following exhibits to be included in the record on appeal:

1) G. Exh. 3302
2) G. Exh. 4617_A
3) G. Exh. 4617_B

                                          Respectfully submitted.

                                          JOHN R. LAUSCH, JR.
                                          United States Attorney

By:    s/ Andrianna D. Kastanek
           ANDRIANNA D. KASTANEK
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois  60604
           (312) 886-0974