# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 28, 2020

| Before: | DIANE S. SYKES, Chief Circuit Judge |
| | DIANE P. WOOD, Circuit Judge |
| | AMY J. ST. EVE, Circuit Judge |

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

```
UNITED STATES OF AMERICA,                        ] Appeals from the United
     Plaintiff-Appellee,                         ] States District Court for
                                                 ] the Northern District of
Nos. 17-1650, 17-2854, 17-2858, 17-2877,         ] Illinois, Eastern Division.
    17-2899, 17-2917, 17-2918, 17-2931           ]
    and 17-3449                         v.       ] No. 1:13-cr-00774
                                                 ]
BYRON BROWN, also known as B-Rupt,               ] John J. Tharp, Jr.,
WILLIAM FORD,  GABRIEL BUSH, PARIS POE,          ]  Judge.
DERRICK VAUGHN, STANLEY VAUGHN,                  ]
ARNOLD COUNCIL, GREGORY CHESTER and              ]
RODNEY JONES,                                    ]
     Defendants-Appellants.                      ]
-------------------------------------------------]
UNITED STATES OF AMERICA,                        ] Appeal from the United
     Plaintiff-Appellee,                         ] States District Court for
                                                 ] the Northern District of
No. 17-3063              v.                      ] Illinois, Eastern Division.
                                                 ]
GREGORY CHESTER,                                 ] No. 1:13-cr-00288
     Defendant-Appellant.                        ]
                                                 ] John J. Tharp, Jr.,
                                                 ]     Judge.
```

We **AFFIRM** the convictions of all the defendants. We also **AFFIRM** the sentences of all the defendants except for Chester. We **VACATE** Chester's sentence in 13 CR 288, appeal No. 17-3063, and order a limited remand for further proceedings consistent with this opinion. In Jones's case, No. 17-3449, we **GRANT** Counsel's motion to withdraw and **DISMISS** the appeal.

The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)