# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

February 1, 2021

**Before**

DIANE S. SYKES, *Chief Judge*

DIANE P. WOOD, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

No. 17-3063

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff-Appellee,*<br>v. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| GREGORY CHESTER,<br>*Defendant-Appellant.* | Nos. 13 CR 288 & 13 CR 774<br><br>John J. Tharp, Jr.,<br>*Judge.* |

## O R D E R

Defendant-appellant filed a petition for rehearing and rehearing *en banc* on November 30, 2020.  No judge[1] in regular active service has requested a vote on the petition for rehearing *en banc*, and all members of the original panel have voted to deny panel rehearing.  The petition for rehearing *en banc* is therefore DENIED.

---

[1] Judge Michael Y. Scudder did not participate in the consideration of this matter.